UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-22914-RAR

**EDMUND GRIGORIAN**,

    Petitioner,

v.

**PAMELA JO BONDI**, *et al.*,

    Respondents.

_____/

## ORDER REQUIRING STATUS UPDATE

**THIS CAUSE** came before the Court for a hearing on July 3, 2025 ("Hearing"), on Petitioner's Emergency Motion for Immediate Temporary Restraining Order ("TRO Motion"), [ECF No. 1]. At the Hearing, counsel for Respondents indicated that he would explore whether Petitioner may be released from detention—including under some form of supervision, such as electronic or GPS monitoring—pending further proceedings related to whether Petitioner may be deported from the United States. Thus, based on the foregoing, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. On or before **Monday, July 7, 2025, at 5:00 P.M. ET**, counsel for Respondents shall file a status update indicating whether Petitioner may be released from detention—including under some form of supervision, electronic or otherwise—pending further proceedings related to whether Petitioner may be deported from the United States.

2. Counsel for Petitioner shall file a notice indicating the need for further proceedings in this action no later than **twenty-four (24) hours** after counsel for Respondents files the status update.

3. Pending the Court's ruling on the TRO Motion, counsel for Respondents shall **immediately** provide the Court with notice if there is any change in Petitioner's immigration status; any action or planned action regarding whether Petitioner may be deported to a third country other than Iran; any action or attempt to move Petitioner outside the jurisdiction of this Court; or any other action or planned action that would otherwise affect Petitioner's ability to remain in the United States or the Court's ability to retain jurisdiction over this action.

4. Counsel for Respondents shall promptly serve this Order on Respondents.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of July, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**