UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-22914-RAR

**EDMUND GRIGORIAN**,

    Petitioner,

v.

**PAMELA JO BONDI**,
*U.S. Attorney General, et al.*,

    Respondents.
_____/

## ORDER REQUIRING CLARIFICATION

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On July 8, 2025, the Court entered an Order Denying Motion for Temporary Restraining Order that required Respondents to show cause why the relief requested in the Petition, [ECF No. 1], should not be granted on or before July 30, 2025. *See* [ECF No. 13] at 16. In their Response to the Court's Order to Show Cause, filed on July 30, 2025, Respondents indicated that "[a]s required by the regulation, ICE . . . is providing [Petitioner] 'an initial informal interview' at which he will have 'an opportunity to respond to the reasons for revocation stated in the notification.'" [ECF No. 18] at 7 (quoting 8 CFR § 241.4(l)(3)). Petitioner's Reply, filed on August 14, 2025, indicates that Petitioner "never had an informal interview." [ECF No. 21] at 5. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Respondents shall, on or before **September 4, 2025, at 5:00 PM**, file a Notice of Clarification indicating whether Petitioner has received an informal interview and, if so, on what date.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of September, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**